

**JAY K. MUSOFF**
Partner

345 Park Avenue
New York, NY  10154

Direct    212.407.4212
Main     212.407.4000
Fax       646.619.4169
jmusoff@loeb.com

Via ECF

May 21, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/22/2014
```

Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

Re:   United States v. Abraham Mosseri
       S5 13 Cr. 268 (JMF)

Dear Judge Furman:

I am writing on behalf of defendant Abraham Mosseri to respectfully request that the Pretrial Services Office be directed to release the defendant's United States passport.  I have spoken with Assistant U.S. Attorney Kristy Greenberg and Pretrial Services Officer Jennifer Powers, and neither the Government nor the Pretrial Services Office has any objection to this request.

Thank you for your consideration of this application.

Respectfully yours,


/s/ Jay Musoff
Jay K. Musoff



cc:   AUSA Kristy J. Greenberg (via ECF)


SO ORDERED.

/s/ Jesse M. Furman
Jesse M. Furman
United States District Judge

May 22, 2014